UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════════

IOAN CIOCHENDEA,

                              Plaintiff,

                                                          ORDER
            v.                                            09-CV-923A

E. PRITCHARD, et al.,

                              Defendants.

═══════════════════════════════════════

          The above-referenced case was referred to Magistrate Judge Hugh B.

Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 4, 2011, Magistrate Judge Scott

filed a Report and Recommendation, recommending that defendants' motion to dismiss

be granted.

          The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Scott's Report and Recommendation, defendants' motion

to dismiss based upon a failure to prosecute is granted.

          The Clerk of Court shall take all steps necessary to close the case.

          SO ORDERED.


                              s/ Richard J. Arcara
                              _____
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT JUDGE

DATED: March 29, 2011